COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. Roland G. EDENS.

No. 14621.

United States Court of Appeals
Eighth Circuit.

Sept. 16, 1952.

Ellis N. Slack, Acting Asst. Atty. Gen.; Charles W. Davis, Chief Counsel, Bureau of Internal Revenue, and John M. Morawski, Sp. Atty., Bureau of Internal Revenue, Washington, D. C., for petitioner.

James J. Waters, Kansas City, Mo., and James A. Waechter, St. Louis, Mo., for respondent.

PER CURIAM.

Petition to review decision of the Tax Court of the United States dismissed, on stipulation of parties.

COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. R. J. McMANAMA.

No. 14622.

United States Court of Appeals
Eighth Circuit.

Sept. 16, 1952.

Ellis N. Slack, Acting Asst. Atty. Gen., Charles W. Davis, Chief Counsel, Bureau of Internal Revenue, and John M. Morawski, Sp. Atty., Bureau of Internal Revenue, Washington, D. C., for petitioner.

James J. Waters, Kansas City, Mo., and James A. Waechter, St. Louis, Mo., for respondent.

PER CURIAM.

Petition to review decision of the Tax Court of the United States dismissed, on stipulation of parties.

COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. William Mc-
CRACKEN.

No. 14620.

United States Court of Appeals
Eighth Circuit.

Sept. 16, 1952.

Ellis N. Slack, Acting Asst. Atty. Gen., Charles W. Davis, Chief Counsel, Bureau of Internal Revenue, and John M. Morawski, Sp. Atty., Bureau of Internal Revenue, Washington, D. C., for petitioner.

James J. Waters, Kansas City, Mo., and James A. Waechter, St. Louis, Mo., for respondent.

PER CURIAM.

Petition to review decision of the Tax Court of the United States dismissed, on stipulation of parties.